## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ADDISON INSURANCE COMPANY, an Iowa corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:16CV371** |
| **v.** | ) ) | **ORDER** |
| **THE PINK PALACE, LLC, a Nebraska limited liability company, and DOREEN WHITE,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter comes before the court on Defendant's, The Pink Palace, LLC, motion to change place of trial (Filing No. 10) from Omaha to North Platte. In reviewing the motion and the case progression to date, the court finds the motion is premature at this time. The court will reconsider a request to change the place of trial after further progression of the case.

**IT IS ORDERED:** The Defendant's motion to change the place of trial (Filing No. 10) is denied.

DATED: September 21, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**